**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MONICA CONSUELO CONSTANTINO HUIRACHE, a.k.a. Consuelo Constantino Huirache, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 07-72421 <br><br> Agency No. A077-305-114 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 14, 2010[**]

Before:    GOODWIN, WALLACE, and THOMAS, Circuit Judges.

Monica Consuelo Constantino Huirache, a native and citizen of Mexico,

petitions pro se for review of the Board of Immigration Appeals' order denying her

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

motion to reconsider.  We have jurisdiction under 8 U.S.C. § 1252.  We grant the petition for review and remand for further proceedings.

The agency concluded that Constantino Huirache was ineligible for cancellation of removal because her conviction under Cal. Penal Code § 273a(b) was categorically a "crime of child abuse" within the meaning of 8 U.S.C. § 1227(a)(2)(E)(i).  We subsequently held that a conviction under section 273a(b) is *not* categorically a crime of child abuse.  *See Fregozo v. Holder*, 576 F.3d 1030, 1034 (9th Cir. 2009).  We therefore remand for application of the modified categorical analysis in light of the definition of "child abuse" set forth in *Matter of Velazquez-Herrera*, 24 I. & N. Dec. 503 (BIA 2008).  *See id.* at 1040.

In light of our disposition, we do not reach Constantino Huirache's remaining contentions.

**PETITION FOR REVIEW GRANTED; REMANDED.**

07-72421